■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES AGEE, Appellant.—Judgment of the County Court, Rockland County, rendered December 7, 1978, affirmed (see *People v Brown,* 45 NY2d 852). Titone, J. P., Mangano, Rabin and Martuscello, JJ., concur.